| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FRANK J. MARTONE, P.C.<br>Christian Del Toro, Esq.<br>1455 BROAD STREET<br>BLOOMFIELD, NJ 07003<br>(973) 473-3000<br>bky@martonelaw.com<br>ATTORNEYS FOR SECURED<br>CREDITOR/SERVICING AGENT<br>HAVEN SAVINGS BANK 27.0890 | Order Filed on December 15,<br>2017 by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
| In Re:<br><br>WASHINGTON HERRERA AND MADELINE HERRERA | Case No.:    12-28344<br><br>Chapter:    13<br><br>Hearing Date:   December 14, 2017<br><br>Judge:   John K. Sherwood |

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is ORDERED.

**DATED: December 15, 2017**

_/s/ John K. Sherwood_

Honorable John K. Sherwood
United States Bankruptcy Court

The court having heard the motion filed by Haven Savings Bank, and any objections filed, it is

ORDERED that the motion is GRANTED and the amount of $6048.76 will be forwarded to Anna Fontaina at the following address:

Haven Savings Bank

621 Washington Street

Hoboken, New Jersey 07030

_____

new.8/1/15