| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>FRANK J. MARTONE, P.C.<br>Christian Del Toro, Esq.<br>1455 BROAD STREET<br>BLOOMFIELD, NJ 07003<br>(973) 473-3000<br>bky@martonelaw.com<br>ATTORNEYS FOR SECURED<br>CREDITOR/SERVICING AGENT<br>HAVEN SAVINGS BANK 27.0890 | Order Filed on December 15,<br>2017 by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
| In Re:<br><br>WASHINGTON HERRERA AND MADELINE HERRERA | Case No.:     12-28344<br><br>Chapter:     13<br><br>Hearing Date:   December 14, 2017<br><br>Judge:     John K. Sherwood |

**ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS**

The relief set forth on the following page is ORDERED.

**DATED: December 15, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

      The court having heard the motion filed by _____Haven Savings Bank_____, and any objections filed, it is

      ORDERED that the motion is GRANTED and the amount of _____$6048.76_____ will be forwarded to _____Anna Fontaina_____ at the following address:

   Haven Savings Bank_____

   621 Washington Street_____

   Hoboken, New Jersey 07030_____

   _____

*new.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 12-28344-JKS
Washington Herrera                                                      Chapter 13
Madeline Herrera
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1           Date Rcvd: Dec 18, 2017
                              Form ID: pdf903        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2017.
db/jdb       +Washington Herrera,  Madeline Herrera,  57 Rose Avenue,  Jersey City, NJ 07305-2706
aty          +Lindsey Beeman,  Fitzgerald & Associates,  649 Newark Ave.,  Jersey City, NJ 07306-2303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2017 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    Bank of America, N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          Christian Del Toro    on behalf of Creditor    Haven Savings Bank cdeltoro@martonelaw.com, mrozea@leopoldassociates.com;bky@martonelaw.com
          Frank J. Martone    on behalf of Creditor    Haven Savings Bank bky@martonelaw.com
          Lauren Yassine    on behalf of Debtor Washington  Herrera laurenyassine.esq@gmail.com, nickfitz.law@gmail.com
          Lauren Yassine    on behalf of Joint Debtor Madeline  Herrera laurenyassine.esq@gmail.com, nickfitz.law@gmail.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michael R. DuPont    on behalf of Creditor    Pinnacle Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com
          Nicholas Fitzgerald    on behalf of Debtor Washington  Herrera nickfitz.law@gmail.com
          Nicholas Fitzgerald    on behalf of Joint Debtor Madeline  Herrera nickfitz.law@gmail.com
          Sarah J. Crouch    on behalf of Joint Debtor Madeline  Herrera nickfitz.law@gmail.com, nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com
          Sarah J. Crouch    on behalf of Debtor Washington  Herrera nickfitz.law@gmail.com, nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com
          Ting Y. Wu    on behalf of Joint Debtor Madeline  Herrera beckywu.esq@gmail.com
          Ting Y. Wu    on behalf of Debtor Washington  Herrera beckywu.esq@gmail.com
                                                                                   TOTAL: 13