Jenee K. Ciccarelli, Esq.
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Attorney for Debtors

Order Filed on January 26, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

United States Bankruptcy Court
District of New Jersey-Newark
-----------------------------------X
In Re:

Washington Herrera
Madeline Herrera

Debtors

-----------------------------------X

Chapter 13

Case No. 12-28344-JKS

Hon. John K. Sherwood

### ORDER ON MOTION TO DISGORGE AND COMPEL TURNOVER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: January 26, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtors: WASHINGTON AND MADELINE HERRERA
Case No. 12-28344-JKS
Caption: ORDER DISGORGING FUNDS AND COMPELLING UNSECURED CREDITORS TO TURN OVER FUNDS TO THE TRUSTEE

---

THIS MATTER having been opened to the Court by Fitzgerald & Associates, P.C., the debtor's counsel, upon the debtor's Motion for an Order to disgorge funds paid to unsecured creditors in violation of 11 U.S.C. §1326 and to compel the turnover of those funds to the Chapter 13 Trustee, Marie Ann Greenberg; and good and sufficient cause appearing therefrom for the entry of this Order; it is

**ORDERED,** that the funds paid to the unsecured creditors are hereby disgorged; and it is further

**ORDERED,** that within 30 days of the service of this order upon affected creditors, the following below named creditors turnover those funds to the Chapter 13 Trustee, Marie Ann Greenberg :

- Discover Bank, $2,949.44
- Pinnacle Federal Credit Union $1,889.53
- Institute for Diagnosis and Treatment, $1,079.28
- North Jersey Surgery Center, LLC, $1,042.37
- PRA Receivables Management, LLC, $1,458.43
- Jefferson Capital Systems, LLC $532.14
- Quantum3 Group, LLC, $445.71; and it is further

**ORDERED,** that said payments be mailed to :

Marie-Ann Greenberg
Chapter 13 Standing Trustee
PO Box 520
Memphis, TN 38101-0520