| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>FRANK J. MARTONE, P.C.<br>Christian Del Toro, Esq.<br>1455 BROAD STREET<br>BLOOMFIELD, NJ 07003<br>(973) 473-3000<br>bky@martonelaw.com<br>ATTORNEYS FOR SECURED CREDITOR/SERVICING AGENT<br>HAVEN SAVINGS BANK<br>27.0890 | Order Filed on January 26, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 12-28344<br>Hearing Date: December 14, 2017<br>Judge: Hon. John K. Sherwood |
| In re:<br><br>WASHINGTON HERRERA AND<br>MADELINE HERRERA | Chapter: 13 |

**ORDER VACATING STAY AS TO REAL PROPERTY**

The relief set forth on the following page is hereby ORDERED.

**DATED: January 26, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor:            Washington Herrera and Madeline Herrera
Case Number:       12-28344
Caption of Order:  Order Vacating Stay as to Real Property

Upon the Motion of Haven Savings Bank, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain Real Property as hereinafter set forth, and for good cause shown it is

1. ORDERED that the automatic stay is vacated to permit the movant or its assignees to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

Real Property more fully described as 57 Rose Avenue Jersey City, New Jersey 07305; and

2. It is further ORDERED that the movant may join the Debtor and any trustee appointed in this case as defendants in its foreclosure actions(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

3. The movant shall serve a filed copy of this Order on the Debtor via regular mail. The Debtor's attorney and Chapter 13 Trustee will be served electronically via the U.S. Bankruptcy Court's CM/ECF system.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 12-28344-JKS
Washington Herrera                                                      Chapter 13
Madeline Herrera
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1             Date Rcvd: Jan 29, 2018
                              Form ID: pdf903        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2018.
db/jdb       +Washington Herrera,   Madeline Herrera,   57 Rose Avenue,   Jersey City, NJ 07305-2706
aty          +Lindsey Beeman,   Fitzgerald & Associates,   649 Newark Ave.,   Jersey City, NJ 07306-2303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Bank of America, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Christian Del Toro    on behalf of Creditor    Haven Savings Bank cdeltoro@martonelaw.com,
               mrozea@leopoldassociates.com;bky@martonelaw.com
              Frank J. Martone    on behalf of Creditor    Haven Savings Bank bky@martonelaw.com
              Lauren Yassine    on behalf of Debtor Washington  Herrera laurenyassine.esq@gmail.com,
               nickfitz.law@gmail.com
              Lauren Yassine    on behalf of Joint Debtor Madeline  Herrera laurenyassine.esq@gmail.com,
               nickfitz.law@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael R. DuPont    on behalf of Creditor    Pinnacle Federal Credit Union dupont@redbanklaw.com,
               dana@redbanklaw.com
              Nicholas Fitzgerald    on behalf of Debtor Washington  Herrera nickfitz.law@gmail.com
              Nicholas Fitzgerald    on behalf of Joint Debtor Madeline  Herrera nickfitz.law@gmail.com
              Sarah J. Crouch    on behalf of Joint Debtor Madeline  Herrera nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com
              Sarah J. Crouch    on behalf of Debtor Washington  Herrera nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com
              Ting Y. Wu    on behalf of Joint Debtor Madeline  Herrera beckywu.esq@gmail.com
              Ting Y. Wu    on behalf of Debtor Washington  Herrera beckywu.esq@gmail.com
                                                                                             TOTAL: 13