Jenee K. Ciccarelli, Esq.
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Attorney for Debtors

Order Filed on January 26, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

United States Bankruptcy Court
District of New Jersey-Newark
-----------------------------------X
In Re:

Washington Herrera
Madeline Herrera

Chapter 13

Case No. 12-28344-JKS

Hon. John K. Sherwood

Debtors

-----------------------------------X

### ORDER ON MOTION TO DISGORGE AND COMPEL TURNOVER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 26, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtors: WASHINGTON AND MADELINE HERRERA
Case No. 12-28344-JKS
Caption: ORDER DISGORGING FUNDS AND COMPELLING UNSECURED CREDITORS TO TURN OVER FUNDS TO THE TRUSTEE

---

THIS MATTER having been opened to the Court by Fitzgerald & Associates, P.C., the debtor's counsel, upon the debtor's Motion for an Order to disgorge funds paid to unsecured creditors in violation of 11 U.S.C. §1326 and to compel the turnover of those funds to the Chapter 13 Trustee, Marie Ann Greenberg; and good and sufficient cause appearing therefrom for the entry of this Order; it is

**ORDERED,** that the funds paid to the unsecured creditors are hereby disgorged; and it is further

**ORDERED,** that within 30 days of the service of this order upon affected creditors, the following below named creditors turnover those funds to the Chapter 13 Trustee, Marie Ann Greenberg :

- Discover Bank, $2,949.44
- Pinnacle Federal Credit Union $1,889.53
- Institute for Diagnosis and Treatment, $1,079.28
- North Jersey Surgery Center, LLC, $1,042.37
- PRA Receivables Management, LLC, $1,458.43
- Jefferson Capital Systems, LLC $532.14
- Quantum3 Group, LLC, $445.71; and it is further

**ORDERED,** that said payments be mailed to :

Marie-Ann Greenberg
Chapter 13 Standing Trustee
PO Box 520
Memphis, TN 38101-0520

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 12-28344-JKS
Washington Herrera                                              Chapter 13
Madeline Herrera
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Jan 29, 2018
                      Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2018.
db/jdb       +Washington Herrera,   Madeline Herrera,   57 Rose Avenue,   Jersey City, NJ 07305-2706
aty          +Lindsey Beeman,   Fitzgerald & Associates,   649 Newark Ave.,   Jersey City, NJ 07306-2303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2018 at the address(es) listed below:
      Brian C. Nicholas    on behalf of Creditor    Bank of America, N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      Christian Del Toro    on behalf of Creditor    Haven Savings Bank cdeltoro@martonelaw.com, mrozea@leopoldassociates.com;bky@martonelaw.com
      Frank J. Martone    on behalf of Creditor    Haven Savings Bank bky@martonelaw.com
      Lauren Yassine    on behalf of Debtor Washington  Herrera laurenyassine.esq@gmail.com, nickfitz.law@gmail.com
      Lauren Yassine    on behalf of Joint Debtor Madeline  Herrera laurenyassine.esq@gmail.com, nickfitz.law@gmail.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Michael R. DuPont    on behalf of Creditor    Pinnacle Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com
      Nicholas Fitzgerald    on behalf of Debtor Washington  Herrera nickfitz.law@gmail.com
      Nicholas Fitzgerald    on behalf of Joint Debtor Madeline  Herrera nickfitz.law@gmail.com
      Sarah J. Crouch    on behalf of Joint Debtor Madeline  Herrera nickfitz.law@gmail.com, nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com
      Sarah J. Crouch    on behalf of Debtor Washington  Herrera nickfitz.law@gmail.com, nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com
      Ting Y. Wu    on behalf of Joint Debtor Madeline  Herrera beckywu.esq@gmail.com
      Ting Y. Wu    on behalf of Debtor Washington  Herrera beckywu.esq@gmail.com
                                                                            TOTAL: 13