Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 12−28344−JKS
                        Chapter: 13
                        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Washington Herrera | Madeline Herrera |
| 57 Rose Avenue | 57 Rose Avenue |
| Jersey City, NJ 07305 | Jersey City, NJ 07305 |

Social Security No.:
  xxx−xx−2630                                     xxx−xx−4183

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 29, 2018</u>                      <u>John K. Sherwood</u>
                                                Judge, United States Bankruptcy Court