| **Information to identify the case:** | |
|---|---|
| Debtor 1   Washington Herrera <br>           First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2630 <br> EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2   Madeline Herrera <br> (Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4183 <br> EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | |
| Case number:   12–28344–JKS | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Washington Herrera                                Madeline Herrera

        3/29/18                                       **By the court:** John K. Sherwood
                                                                              United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 12-28344-JKS
Washington Herrera                                                    Chapter 13
Madeline Herrera
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin           Page 1 of 2        Date Rcvd: Mar 29, 2018
                         Form ID: 3180W        Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2018.
```
db/jdb         +Washington Herrera,   Madeline Herrera,   57 Rose Avenue,   Jersey City, NJ 07305-2706
aty            +Lindsey Beeman,   Fitzgerald & Associates,   649 Newark Ave.,   Jersey City, NJ 07306-2303
cr             +Pinnacle Federal Credit Union,   Michael R. DuPont, Esquire,   229 Broad Street,   P.O. Box 610,
                 Red Bank, NJ 07701-0610
513777652      +Bank of America, N.A.,   c/o Zucker Goldberg & Ackerman,   200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
513228107      +Dr. Alex Visco, M.D.,   739 Bloomfield Street,   Hoboken, NJ 07030-5000
513228112      +Haven Savings Bank,   621 Washington Street,   Hoboken, NJ 07030-4907
513228113      +Home Depot Credit Services,   P.O. Box 790328,   Saint Louis, MO 63179-0328
513348785      +Institute for Diagnosis & Treatment,   c/o Fein Such Kahn & Shepard, PC,
                 7 Century Dr., Suite 201,   Parsippany, NJ 07054-4609
514034292     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,   350 Highland Drive,
                 Lewisville, TX 75067)
513228114      +North Jersey Surgery Center, LLC,   c/o Fein, Such, Kahn & Shepard, P.C.,   7 Century Drive,
                 Suite 201,   Parsippany, NJ 07054-4609
513305433      +Pinnacle Federal Credit Union,   c/o Michael R. DuPont, Esq.,   229 Broad Street,
                 P.O. Box 610,   Red Bank, NJ 07701-0610
513228116      Radiological Diagnostic Center Medical,   P.O. Box 5126,   New York, NY 10087-5126
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 30 2018 02:08:49     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 30 2018 02:08:47     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
513228104     +EDI: BANKAMER.COM Mar 30 2018 05:33:00     Bank of America,   Home Loans,
                 7105 Corporate Drive,   MSN: PTX-C-35,   Plano, TX 75024-4100
513228105      EDI: DISCOVER.COM Mar 30 2018 05:33:00     Discover,   P.O. Box 15251,
                 Wilmington, DE 19886-5251
513240536      EDI: DISCOVER.COM Mar 30 2018 05:33:00     Discover Bank,   DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH 43054-3025
513228106      EDI: CHASE.COM Mar 30 2018 05:33:00     Disney,   Cardmember Services,   P.O. Box 15153,
                 Wilmington, DE 19886-5153
513312139      EDI: RMSC.COM Mar 30 2018 05:33:00     GE Capital Retail Bank,   Attn: Bankruptcy Department,
                 PO Box 960061,   Orlando FL 32896-0661
513312138      EDI: RMSC.COM Mar 30 2018 05:33:00     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
513228108     +EDI: RMSC.COM Mar 30 2018 05:33:00     GE Money Bank / Wal-Mart,   Attn: Bankruptcy Department,
                 P.O. Box 103104,   Roswell, GA 30076-9104
513228109     +EDI: RMSC.COM Mar 30 2018 05:33:00     GE Money Bank/ JC Penney,   Attn: Bankruptcy Department,
                 P.O. Box 103104,   Roswell, GA 30076-9104
513228110     +EDI: RMSC.COM Mar 30 2018 05:33:00     GE Money Bank/ Old Navy,   Bankruptcy Department,
                 P.O. Box 103104,   Roswell, GA 30076-9104
513228111     +EDI: RMSC.COM Mar 30 2018 05:33:00     GE Money Bank/ P.C. Richard,   Bankruptcy Department,
                 P.O. Box 103106,   Roswell, GA 30076-9106
514123822      EDI: JEFFERSONCAP.COM Mar 30 2018 05:33:00     JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,
                 ST CLOUD MN 56302
514123823      EDI: JEFFERSONCAP.COM Mar 30 2018 05:33:00     JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,
                 ST CLOUD MN 56302,   JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   ST CLOUD MN 56302
513508671      EDI: PRA.COM Mar 30 2018 05:33:00     Portfolio Recovery Associates, LLC,   c/o Old Navy,
                 POB 41067,   Norfolk VA 23541
513508747      EDI: PRA.COM Mar 30 2018 05:33:00     Portfolio Recovery Associates, LLC,   c/o Wal-mart,
                 POB 41067,   Norfolk VA 23541
513885658     +EDI: PRA.COM Mar 30 2018 05:33:00     PRA Receivables Management, LLC,   POB 41067,
                 Norfolk, VA 23541,   PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
513885657     +EDI: PRA.COM Mar 30 2018 05:33:00     PRA Receivables Management, LLC,   POB 41067,
                 Norfolk, VA 23541-1067
513228115     +E-mail/Text: Bankruptcy@pinnaclefcu.com Mar 30 2018 02:08:41     Pinnacle Federal Credit Union,
                 135 Raritan Center Parkway,   Edison, NJ 08837-3645
513325153      EDI: Q3G.COM Mar 30 2018 05:33:00     Quantum3 Group LLC as agent for,
                 World Financial Network Bank,   PO Box 788,   Kirkland, WA 98083-0788
513228117     +EDI: WTRRNBANK.COM Mar 30 2018 05:33:00     Target National Bank,   Target Credit Services,
                 PO Box 673,   Minneapolis, MN 55440-0673
513228118      EDI: HFC.COM Mar 30 2018 05:33:00     Union Plus Credit Card,   P.O. Box 80027,
                 Salinas, CA 93912-0027
513228119      EDI: WFNNB.COM Mar 30 2018 05:33:00     WFNNB - New York & Co.,   P.O. Box 182125,
                 Columbus, OH 43218-2125
                                                                                             TOTAL: 23
```

```
District/off: 0312-2          User: admin               Page 2 of 2                  Date Rcvd: Mar 29, 2018
                              Form ID: 3180W            Total Noticed: 35


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
514034293*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:   Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
                                                                                            TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2018 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor   Bank of America, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Christian Del Toro    on behalf of Creditor   Haven Savings Bank cdeltoro@martonelaw.com,
               mrozea@leopoldassociates.com;bky@martonelaw.com
              Frank J. Martone    on behalf of Creditor   Haven Savings Bank bky@martonelaw.com
              Lauren Yassine    on behalf of Joint Debtor Madeline  Herrera laurenyassine.esq@gmail.com,
               nickfitz.law@gmail.com
              Lauren Yassine    on behalf of Debtor Washington  Herrera laurenyassine.esq@gmail.com,
               nickfitz.law@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael R. DuPont    on behalf of Creditor   Pinnacle Federal Credit Union dupont@redbanklaw.com,
               dana@redbanklaw.com
              Nicholas Fitzgerald    on behalf of Debtor Washington  Herrera nickfitz.law@gmail.com
              Nicholas Fitzgerald    on behalf of Joint Debtor Madeline  Herrera nickfitz.law@gmail.com
              Sarah J. Crouch    on behalf of Debtor Washington  Herrera nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
              Sarah J. Crouch    on behalf of Joint Debtor Madeline  Herrera nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
              Ting Y. Wu    on behalf of Joint Debtor Madeline  Herrera beckywu.esq@gmail.com
              Ting Y. Wu    on behalf of Debtor Washington  Herrera beckywu.esq@gmail.com
                                                                                               TOTAL: 13
```